IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| JOHN MEYER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED HEALTHCARE<br>INSURANCE COMPANY;<br>BILLINGS CLINIC,<br><br>　　　　　　Defendants. | CV 21–148–M–DLC<br><br><br>ORDER |

Before the Court is Defendant United Healthcare Insurance Company's Unopposed Motion for *Pro Hac Vice* Admission of Erika O'Sullivan and Ryan P. McBride. (Doc. 8.) It appears Mr. Leonard intends to act as local counsel. (*Id.*) The Court finds that Mr. McBride's application complies with Local Rule 83.1(d)(3). (Doc. 8-2.) Ms. O'Sullivan's application, however, fails to include information regarding concurrent or past *pro hac vice* applications to this Court, as required by Local Rule 83.1(d)(3)(H). (Doc. 8-1.) The Court elects not to deny her application on this basis and will instead require her to supply the omitted information in her acknowledgment, as ordered below.[1]

---

[1] Because the Court does not generally permit attorneys to repeatedly appear *pro hac vice* in lieu of obtaining formal admission, supplementation of the omitted information may result in revocation of Ms. O'Sullivan's *pro hac vice* admission. That said, the Court does not find any

1

Accordingly, IT IS ORDERED that the motion to have Mr. McBride and Ms. O'Sullivan admitted *pro hac vice* in the above-captioned matter (Doc. 8) is GRANTED, on the condition that they do their own work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. McBride and Ms. O'Sullivan shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. McBride and Ms. O'Sullivan file a separate pleading acknowledging their admission under the terms set forth above within fifteen (15) days of this Order. Ms. O'Sullivan's acknowledgment shall include the omitted information required by Local Rule 83.1(d)(3)(H).

DATED this 27th day of April, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

---

record in the District's CM/ECF system indicating Ms. O'Sullivan has previously appeared before the Court.