IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| JOHN MEYER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY; BILLINGS CLINIC,<br><br>    Defendants. | CV 21-148-M-SEH<br><br>ORDER |

## INTRODUCTION

Pending before the Court are Defendants United Healthcare Insurance Company[1] and Billings Clinic's[2] motions to dismiss Plaintiff John Meyer's ("Meyer") original complaint.[3] On June 6, 2022, Meyer filed an Amended Complaint.[4]

The Court having issued its order resolving the Defendants' motions to dismiss the Amended Complaint;[5]

---

[1] Doc. 12.
[2] Doc. 16.
[3] Doc. 1.
[4] Doc. 21.
[5] Doc. 35.

**ORDERED:**

United Healthcare Insurance Company[6] and Billings Clinic's[7] motions to dismiss the original complaint are **DENIED AS MOOT**.

DATED this 23rd day of January, 2023.

                                                Sam E. Haddon
                                                United States District Court

---

[6] Doc. 12.
[7] Doc. 16.