IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN MEYER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY; and BILLINGS CLINIC,<br><br>Defendants. | CV 21–148–M–DLC<br><br><br>ORDER |

Before the Court is Defendant United Healthcare Insurance Company's (UHIC) Unopposed Motion for Pro Hac Vice Counsel to Appear Remotely at the Preliminary Pretrial Conference. (Doc. 111.) The motion requests that UHIC's pro hac vice counsel, Erin Wilson and Erika O'Sullivan, be permitted to appear remotely at the preliminary pretrial conference scheduled for September 28, 2023, while UHIC's local counsel will appear in person. (*Id.* at 2.) Neither Plaintiff nor counsel for Defendant Billings Clinic oppose the motion. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 111) is GRANTED.

IT IS FURTHER ORDERED that Defendant United Healthcare Insurance Company's pro hac vice counsel, Erin Wilson and Erika O'Sullivan, are permitted

1

to appear telephonically at the preliminary pretrial conference scheduled for September 28, 2023, at 10:30 a.m. by calling in to 1-669-254-5252. When prompted, enter the Meeting ID 160 1303 0341, followed by # #.

DATED this 18th day of September, 2023.

_____
Dana L. Christensen, District Judge
United States District Court