UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

_____

JOHN MEYER,                  JUDGMENT IN A CIVIL CASE

        Plaintiff,               CV 21-148-M-DLC

vs.

UNITED HEALTHCARE
INSURANCE COMPANY, et al.

        Defendants.

_____

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of April 8, 2025 (Doc. 145), this action is DISMISSED.

      Dated this 8th day of April, 2025.

                            TYLER P. GILMAN, CLERK

                            By: /s/ T. Gesh
                            T. Gesh, Deputy Clerk